UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RANDOLPH CIMINO,

                              Plaintiff,

                                                                                <u>ORDER</u>

                                                                                05-CV-6685L

                              v.

ANDREW MELONI, et al.,

                              Defendants.
_____

     By letter dated July 16, 2007, plaintiff makes yet another request for an extension within which to file an amended complaint. The request is granted. Plaintiff must file his amended complaint on or before November 26, 2007. No further extensions will be granted.

     IT IS SO ORDERED.

                                                  _____
                                                           DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
         July 20, 2007.